## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ROBERT L. FELDER, JR.,**

      **Plaintiff,**                        **CLASS REPRESENTATION**

**v.**                                     **CASE NO.**

**PHOENIX FINANCIAL SERVICES, LLC,**      **JURY TRIAL DEMANDED**

      **Defendant.**

_____/

### CLASS ACTION COMPLAINT

Plaintiff, Robert L. Felder, Jr. ("Mr. Felder" or "Plaintiff"), by and through the undersigned attorney, and on his own behalf and on behalf of those similarly situated (referred to generally as "the Class"), hereby files the following Class Action Complaint against Phoenix Financial Services, LLC ("Defendant"), and states as follows:

### PRELIMINARY STATEMENT

1.      Plaintiff brings this class action for violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA").

2.      Defendant routinely and intentionally communicates with and discloses to third parties information in connection with the collection of debts. Such communication is forbidden under the FDCPA.

3.      Defendant is a nationwide debt collection company and communicates with third parties in connection with thousands of consumer debts.

4.      Plaintiff seeks damages, costs and attorney's fees from Defendant for the above violations.

## JURISDICTION AND VENUE

5.      Federal subject matter jurisdiction exists pursuant to 28 U.S.C. § 1331, as Plaintiff brings claims under 15 U.S.C. §1692 *et seq*., the Federal Debt Collection Practices Act ("FDCPA").

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claims and injuries occurred in the Middle District of Florida.

## PARTIES

7.      Plaintiff, Robert L. Felder, Jr., is a natural person residing in Polk County, Florida, where the causes of action arose, is a citizen of the State of Florida, and is a "consumer," as that term is defined by 15 U.S.C. § 1692a(3).

8.      Defendant, Phoenix Financial Services, is a foreign limited liability company, is headquartered in the State of Indiana, is a resident of Marion County, Indiana, does business in the State of Florida, and is a "debt collector," as that term is defined by 15 U.S.C. § 1692a(6).

9.      Defendant, in the conduct of its business, uses one or more instrumentalities of interstate commerce or the mails, including without limitation, electronic communication with Plaintiff.

10.      The conduct of Defendant was authorized, approved and/or ratified by one or more officers, directors, or managers of Defendant, and/or they knew in advance that the Defendant was likely to conduct itself, and allowed them to so act, with conscious disregard of the rights and safety of others.  The agent(s) or employee(s) of Defendant acted within the course and scope of such agency or employment and acted with the consent, permission and authorization of Defendant.

## CLASS REPRESENTATION ALLEGATIONS

11.     Plaintiff brings this action as a class action, pursuant to Federal Rule of Civil Procedure 23, on her own behalf and on behalf of all other similarly situated consumers

12.     Plaintiff proposes one class related to the conduct described in this Class Action Complaint (the "Class").

### FDCPA CONSUMER CLASS

13.     The "FDCPA Consumer Class" is comprised of:

    (a)   All consumers in the United States;
    (b)   whose debt Defendant communicated information in connection with the collection of such debt;
    (c)   to any third-party vendor(s) without the consumer's prior consent;
    (d)   given directly to Defendant for the communications, on or after the date one year before the date of filing of this Complaint.

### *Numerosity*

14.     The Class is so numerous that joinder of all members is impracticable. The exact size of the class is unknown, but Plaintiff estimates the FDCPA Class may have approximately 10,000 members.

### *Commonality*

15.     There are questions of law and fact that are common to the Class and that predominate over questions affecting any individual Class member.  All Class members received collection letters from Defendant and were subject to the same policies and procedures. The common questions of law and fact include, without limitation, whether Defendant violated the FDCPA, 15 U.S.C. § 1692 *et seq.* by communicating with a third-party mail processor in connection with the collection of consumer debts.

*Typicality*

16.     Plaintiff's claims are typical of the claims of the Class, which are based on the same operative facts and share the same legal theories.  Plaintiff has no interest adverse or antagonistic to the interests of other Class members.

### Adequacy of Class Representation

17.     Plaintiff will fairly and adequately protect the interests of the Class and has retained experienced counsel, competent in prosecuting class action litigation.

### Predominance of Common Questions

18.     The common questions described in Paragraphs 15 predominate over any individual issues.

### Superiority of Class Resolution

19.     A class action is superior to other methods to fairly and efficiently adjudicate this Complaint's claims.  Plaintiff does not anticipate any unusual difficulties in managing the class action because the claims are based on Defendant's standard conduct patterns.

20.     A class action will permit many similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the duplication of effort and expense that numerous individual actions would create.

21.     A class action will permit many similarly-situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the duplication of effort and expense that numerous individual actions would create.

22.     Without a class action, Defendant will continue to violate the Class members' rights and the Class members will continue to suffer the loss of their legal rights, as well as monetary damages.

23.     Defendant's actions apply generally to the entire Class and, accordingly, Plaintiff seeks relief that is appropriate for the entire Class.

## FACTUAL ALLEGATIONS

24.     Plaintiff was alleged to owe Defendant a debt that stemmed from transactions primarily for personal, family, or household purposes, and is therefore a "debt," as that term is defined by 15 U.S.C. § 1692a(5).

25.     Defendant is a "debt collector" as defined under the FDCPA, 15 U.S.C. § 1692a(6). Indeed, Defendant holds itself out on its website as having over fifteen (15) years of experience in debt recovery and stated "[i]f you need help with revenue recovery, leave it to Phoenix Financial: We deliver the resolutions you want with the resources you need."

26.     Defendant sent Plaintiff multiple collection communications in an attempt to collect on a debt that was in default at the time it was assigned by the original creditor to Defendant for collection purposes.  Moreover, these collection communications stated in pertinent part, "***THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS AN ATTEMPT TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.***" (emphasis added).   A copy of the collection communications is attached hereto as composite **Exhibit A**.

27.     Defendant is not the original creditor and was assigned the debt for collection by the creditor after the debt was already in default.

28.     Defendant commenced communicating with Plaintiff regarding the debt by sending collection letters using a third-party mail processing company.

29.     Defendant's collection communication to Plaintiff has a return address of P.O. Box 4115, Concord, CA 94524.

30.     Upon information and belief, this return address belongs to a third-party company that acts on Defendant's behalf to perform mail processing services, including the preparation, sending, and receiving of correspondence related to debt collection for Defendant (the "mail processor").

31.     Defendant disclosed to the mail processor information including: Plaintiff's name, address, status as a debtor, and the amount owed to Defendant, among other personal and sensitive information.

32.     Defendant instructed the mail processor to use Plaintiff's personal information to populate a form collection communication and mail that letter to Plaintiff.

33.     Pursuant to the FDCPA, 15 U.S.C. § 1692a(2), a "communication" means "the conveying of information regarding a debt directly or indirectly to any person through any medium."

34.     Defendant's communication with the mail processor was in connection with the collection of a debt since it involved disclosure of the debt to a third party with the objective being communication with and motivation of the consumer to pay the alleged debt. Further, the communication related to, referenced, and bore a relationship to or association with the debt.

35.     Plaintiff did not grant any consent to Defendant to communicate with any third parties in connection with the debt.  Further, Defendant did not have the express permission of a court of competent jurisdiction to communicate with third parties in connection with the debt. Moreover, the collection communication was not necessary to effectuate any post-judgment remedy.

36.     Further, the collection communication to the third party was not made to the consumer, his attorney, a consumer reporting agency, the creditor, the attorney of the creditor, or the attorney of the debt collector.

37.     The Eleventh Circuit Court of Appeals has held that a debt collector's transmission of information to a third party in connection with a debt is a violation of 15 U.S.C. § 1692c(b). See *Hunstein v. Preferred Collection and Mgmt. Svcs., Inc.*, No. 19-14434, 2021 WL 1556069 (11th Cir. Apr. 21, 2021).

38.     Upon information and belief, Defendant conveyed information regarding the debt to more than one third-party vendor.

39.     Plaintiff did not provide Defendant prior consent to convey any information regarding the debt to any third-party vendor.

40.     Sharing private consumer information with third parties is more than a technical violation of the FDCPA.  Such improper disclosure increases the risk that such information will be inadvertently disclosed or subjected to data breaches by malicious hackers.

41.     All conditions precedent to this action have occurred, have been satisfied, or have been waived.

[Space intentionally left blank]

## COUNT I

## VIOLATION OF THE FDCPA BY DEFENDANT

42.     This is an action against Defendant for violation of 15 U.S.C. §1692 *et seq*.

43.     Plaintiff re-alleges and reincorporates paragraphs 1 through 41, as if fully set forth herein.

44.     Defendant uses interstate commerce or the mails in its business, the principal purpose of which is the collection of debts, or Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due to another, and is therefore a "debt collector," as that term is defined by 15 U.S.C. § 1692a(6).

45.     Defendant, communicated, directly and/or indirectly, certain information to Plaintiff and third parties as set forth above, which constitutes "communication," as defined by 15 U.S.C. § 1692a(2).

46.     Through the conduct described above, Defendant violated the following provisions of the FDCPA:

### 15 U.S.C. § 1692c(b)

Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a post judgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

47.     Specifically, Defendant violated 15 U.S.C. § 1692c(b) by, among other things, communicating with a third party in connection with the collection of the debt, as detailed above.

48.     As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to: (a) actual damages pursuant to 15 U.S.C. § 1692k(a)(1); (b) statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A); (c) reasonable attorneys' fees and costs, pursuant to 15 U.S.C. § 1692k(a)(3); and (d) all other relief Plaintiff is entitled to under the law.  Further, the FDCPA Consumer Class is entitled to such amounts as this Honorable Court may allow for all other Class members, without regard to a minimum individual recovery, not to exceed the lesser of $500,000 or 1 per centum of the net worth of Defendant.

49.     All conditions precedent to this action have occurred, have been satisfied, or have been waived.

50.     Plaintiff has retained the undersigned attorneys to pursue this claim against Defendant on behalf of the Class members and is obligated to pay a reasonable fee for the attorneys' services.

WHEREFORE, Plaintiff, on behalf of himself and all others similarly situated, respectfully requests this Honorable Court enter a judgment in Plaintiff's favor finding that Defendant violated 15 U.S.C. § 1692c(b) of the FDCPA; awarding Plaintiff actual damages, statutory damages, attorneys' fees and costs, class damages, and awarding Plaintiff all such further relief that this Court deems necessary or appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff is entitled to and hereby respectfully demands a trial by jury. U.S. Const. Amend. 7 and Fed. R. Civ. P. 38.

Dated: September 21, 2021

**SHRADER LAW, PLLC**
612 W. Bay Street
Tampa, Florida 33606
Phone:  (813) 360-1529
Fax:    (813) 336-0832

/s/ Brian L. Shrader
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@shraderlawfirm.com
**ALEJANDRO J. MENDEZ, ESQ.**
Florida Bar No. 1025247
e-mail: amendez@shraderlawfirm.com
*Attorneys for Plaintiff*

**RICARDO & WASYLIK, PL**
P.O. Box 2245
Dade City, FL 33526
Phone:  (352) 567-3173
Fax:    (352) 567-3193

/s/ Michael A. Wasylik
**MICHAEL A. WASYLIK, ESQ.**
Florida Bar No. 67504
e-mail: mike@ricardolaw.com
*Attorney for Plaintiff*

Respectfully Submitted,

**KYNES, MARKMAN & FELMAN, P.A.**
100 S. Ashley Drive, Suite 1400
Tampa, FL 33602
Phone:  (813) 229-1118
Fax:    (813) 221-6750

/s/ Katherine Earle Yanes
**KATHERINE EARLE YANES, ESQ.**
Florida Bar No. 159727
e-mail: kyanes@kmf-law.com
**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@kmf-law.com
*Attorneys for Plaintiff*

# EXHIBIT A





# PHOENIX FINANCIAL

S E R V I C E S

PHX 1000-0730-1594435680-00446-446

Physical Address: Phoenix Financial Services LLC
8902 Otis Ave, Ste 103A
Indianapolis, IN 46216-1077
Mon-Thu 9am 9pm EST; Fri 9am-5pm EST
855-342-6567

July 30, 2021
Phoenix Account #: See Below
Total of Accounts listed: $549.00

| Phoenix Account # | Patient Name | Original Account # | Creditor | Balance | Date of Medical Service(s) |
|---|---|---|---|---|---|
| ▇0550 | ROBERT L FELDER JR | ▇7045 | Rainier Emergency Physicians LLC | $549.00 | 03/10/21 |

Dear ROBERT FELDER JR,

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The balance(s) on the account(s) for services received from the referenced creditor(s) have been placed with Phoenix Financial Services LLC for collections.

Please remit the full balance(s).

The above is subject to your rights to validate the above-referenced debt(s) on the back of this page.

Phone: 855 342 6567
Our office hours are Mon-Thur 9am 9pm EST and Fri 9am-5pm EST.
Calls to or from this company may be monitored or recorded.
Mailing Address: PO Box 361450, Indianapolis IN 46236 1450
info@phoenixfinancialsvcs.com
www.phoenixfinancialsvcs.com



**YOUR RIGHTS AS A CONSUMER ARE PROTECTED BY FEDERAL AND STATE LAWS. PLEASE SEE THE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION REGARDING THOSE RIGHTS.**

***PLEASE DETACH BOTTOM PORTION AND RETURN WITH PAYMENT***

## RETURN MAIL ADDRESS ONLY

DEPT 123    6738174821078
PO BOX 4115
CONCORD CA 94524



ADDRESS SERVICE REQUESTED

ROBERT FELDER JR

|  | CREDIT CARD # |  | EXPIRATION DATE |
|---|---|---|---|
| ☐ VISA |  |  |  |
| ☐ DISCOVER | CARDHOLDER NAME |  | AMOUNT PAID: |
| ☐ MasterCard | CARDHOLDER SIGNATURE |  | $ |
| ☐ AMERICAN EXPRESS |  |  |  |

Total of Accounts listed:  $549.00
Please reference this number on your check: ▇0550

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN  46236-1450

Phoenix Financial Services LLC • 8902 Otis Ave, Ste 103A • Indianapolis, IN 46216-1077 • 855-342-6567

S8310669446

PHX 1000-0730-1594435680-00446-446



This notice is from a debt collector. This is an attempt to collect a debt and any information obtained will be used to collect the debt. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office, in writing, within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.



PHX1100-0804-1597688739-00008-5

# PHOENIX FINANCIAL
## S E R V I C E S

8902 Otis Ave, Ste 103A
Indianapolis, IN 46216-1077
Mon-Thu 9am-9pm EST; Fri 9am-5pm EST
855-342-6567

August 4, 2021
Phoenix Account #: See Below
Total of Accounts listed: $1727.00

| Phoenix Account # | Patient Name | Original Account # | Original Creditor | Balance | Date of Medical Service(s) |
|---|---|---|---|---|---|
| ▉5916 | ROBERT FELDER | ▉0422 | OSPREY EMERGENCY PHYSICIANS | $898.00 | 04/22/19 |

SEE REVERSE SIDE / NEXT PAGE FOR ADDITIONAL ACCOUNT DETAILS

Dear ROBERT FELDER,

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The account(s) listed above and/or below were purchased by PENDRICK CAPITAL PARTNERS II LLC. (Pendrick CP). Pendrick CP is the current creditor and they have placed the account(s) with Phoenix Financial Services LLC for collection.

Our friendly and courteous staff want to help. We are able to offer you the opportunity to pay this account for a reduced amount of $690.80. Please contact us to take advantage of this discount offer. This offer will be valid for a minimum of 45 days from the day you receive this letter, after which it may expire. We are not required to renew this offer. If more than 45 days have passed, please contact us to see if the offer is still valid. This offer and the timeframe for accepting it do not in any way affect your right to dispute this debt and request validation of this debt in writing during the 30 days following your receipt of this letter as described in this letter. If you do not accept this offer you are not giving up any of your rights regarding this debt. The above is subject to your rights to validate the above-referenced debt(s) on the back of this page.

Phone: 855-342-6567
Calls to or from this company may be monitored or recorded.
Mailing Address: PO Box 361450, Indianapolis IN 46236-1450
info@phoenixfinancialsvcs.com
www.phoenixfinancialsvcs.com



YOUR RIGHTS AS A CONSUMER ARE PROTECTED BY FEDERAL AND STATE LAWS. PLEASE SEE THE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION REGARDING THOSE RIGHTS.

***PLEASE DETACH BOTTOM PORTION AND RETURN WITH PAYMENT***

**RETURN MAIL ADDRESS ONLY**

DEPT 123    7376486821087
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

ROBERT FELDER

| | CREDIT CARD # | | EXPIRATION DATE |
|---|---|---|---|
| ☐ VISA | | | |
| ☐ DISCOVER | CARDHOLDER NAME | | AMOUNT PAID: |
| ☐ MasterCard | CARDHOLDER SIGNATURE | | $ |
| ☐ AMERICAN EXPRESS | | | |

☐ I am enclosing $690.80 to take advantage of the discount offer.

Current Creditor: PENDRICK CAPITAL PARTNERS II LLC.
Total of Accounts listed: $1727.00
Please reference this number on your check: ▉5916

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

Phoenix Financial Services LLC • 8902 Otis Ave, Ste 103A • Indianapolis, IN 46216-1077 • 855-342-6567

S84449505

This notice is sent to you in an attempt to collect a debt and any information obtained will be used to collect the debt. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office, in writing, within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Our office hours are Mon-Thur 9am-9pm EST and Fri 9am-5pm EST.

Our client, PENDRICK CAPITAL PARTNERS II LLC. ("Pendrick CP"), has asked us to provide you with the information contained below.

This notice is being provided to you in compliance with the Gramm-Leach-Bliley Act.

This notice has no reflection or bearing upon the status of your account. For example, if your account has been settled, the balance has been paid, the balance has been disputed, or if you have filed for bankruptcy protection, the status of your account shall not change as a result of this notice.

The privacy and security of your personal information is important to Pendrick CP. Pendrick CP does not share information about you with anyone, except as permitted by law. This notice will inform you about Pendrick CP policies and procedures concerning the personal information about that Pendrick CP obtains, maintains and discloses in connection with the accounts(s) of your that Pendrick CP owns. Pendrick CP collects non public information about you that is obtained from one or more of the following sources.

1. Information Pendrick CP received from companies that sold Pendrick CP your account(s);
2. Information about your transactions with Pendrick CP affiliates; and
3. Information from skip tracing companies and/or consumer reporting agencies.

INFORMATION Pendrick CP MAY SHARE WITH Pendrick CP AFFILIATES -- Pendrick CP may share identification (such as name and address) information about Pendrick CP's transactions and experiences with you (such as payment history) and information that does not identify you, with Pendrick CPs affiliates. By sharing this information, Pendrick CP is better able to service your account(s).

INFORMATION Pendrick CP MAY SHARE WITH NONAFFILIATED COMPANIES- Pendrick CP shares necessary information Pendrick CP collects about you as described above, with non affiliated companies, involved in the servicing of your account(s), as permitted by the Fair Debt Collection Practices Act, or government agencies in response to an investigative demand, subpoena or court order, as required by applicable law.

Because Pendrick CP respects your privacy, Pendrick CP does not sell, trade or otherwise disclose your identity or any other personal information about you to third parties for their marketing. Pendrick CP does not share collected information about customers or former customers with third parties for any other purpose other than as described above, except as permitted by applicable privacy law.

CONFIDENTIALITY AND SECURITY OF YOUR ACCOUNT(S) - Pendrick CP restricts access to nonpublic personal information about you to only those employees who need to know such· information, and third party service providers who provide support services to Pendrick CP. Pendrick CP maintains physical, electronic and procedural safeguards to protect your personal information. If Pendrick CP uses other companies to provide services for Pendrick CP, Pendrick CP requires them to keep the information Pendrick CP shares with them safe-and secure and Pendrick CP does not allow them to use or share information for any purpose other than the job they are hired to do.

SPECIAL NOTICE REGARDING COLLECTED INFORMATION SUBJECT TO THE FAIR DEBT COLLECTION PRACTICES ACT. This Privacy Notice is being sent to you by Pendrick CP in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

FURTHER INFORMATION: for additional information concerning Pendrick CP's privacy policy, you may write to Pendrick CP at: PENDRICK CAPITAL PARTNERS II LLC. Attn: Customer Service, 8902 Otis Avenue, Suite 111A, Indianapolis. IN 46216.

S844495D5

| Phoenix Account # | Patient Name | Original Account # | Original Creditor | Balance | Date of Medical Service(s) |
|---|---|---|---|---|---|
| ████5629 | ROBERT FELDER | ████0611 | OSPREY EMERGENCY PHYSICIANS | $829.00 | 06/11/19 |



PHX1100-0804-1597688739-00008-5

S84449SD5

PHX1014-0804-1597688603-00164-163



# PHOENIX FINANCIAL
S E R V I C E S

Physical Address: Phoenix Financial Services LLC
8902 Otis Ave, Ste 103A
Indianapolis, IN 46216-1077
Mon-Thu 9am-9pm EST; Fri 9am-5pm EST
855-342-6567

August 4, 2021

## ACCOUNT BALANCE NOTICE

| Account Summary | |
| --- | --- |
| Creditor: | PENDRICK CAPITAL PARTNERS II LLC. |
| Balance Due: | $1727.00 |

Dear ROBERT FELDER,

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Please remit the total balance(s) owed, or contact our office at the toll-free number below so that a member of our staff can assist you in making alternative arrangements. We are willing to work with you to bring this account to a close.

*Toll-Free: 855-342-6567*

*Calls to or from this company may be monitored or recorded.*

*PLEASE SEND PAYMENTS AND CORRESPONDENCE TO:*
*PO Box 361450 Indianapolis IN 46236-1450*








PAY ONLINE!
www.phoenixfinancialsvcs.com

PAY WITH CREDIT CARD
OR BANK ACCOUNT!

PAY BY PHONE!
(855) 342-6567

PAY BY MAIL!
Check or Money Order

**YOUR RIGHTS AS A CONSUMER ARE PROTECTED BY FEDERAL AND STATE LAWS. PLEASE SEE THE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION REGARDING THOSE RIGHTS.**

** PLEASE DETACH THE BELOW SECTION AND RETURN WITH YOUR PAYMENT. **

### RETURN MAIL ADDRESS ONLY

DEPT 123    7376461521082
PO BOX 4115
CONCORD CA 94524

| Creditor: | PENDRICK CAPITAL PARTNERS II LLC. |
| --- | --- |
| Balance Due: | $1727.00 |

Please reference this number on your check: ▮5916

ADDRESS SERVICE REQUESTED

ROBERT FELDER

PLEASE SEND PAYMENTS & CORRESPONDENCE TO:

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN 46236-1450

Phoenix Financial Services LLC • 8902 Otis Ave, Ste 103A • Indianapolis, IN 46216-1077 • 855-342-6567

S8444880163

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Our office hours are Mon Thur 9am-9pm EST and Fri 9am-5pm EST.

| Account # | Original Account # | Original Creditor | Account Balance |
|---|---|---|---|
| ▆5916 | ▆▆▆▆0422 | OSPREY EMERGENCY PHYSICIANS | $898.00 |
| ▆5629 | ▆▆▆▆0611 | OSPREY EMERGENCY PHYSICIANS | $829.00 |

---

## We Accept VISA, MasterCard, Discover and American Express

If you wish to make your payment via credit card, please complete the information below and return in the enclosed envelope.

Please indicate if: ☐ Debit Card  or  ☐ Credit Card

Check One

☐ VISA

☐ DISCOVER

☐ MasterCard

☐ AMERICAN EXPRESS

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| | $ | / |

Cardholder Name       Signature of Cardholder       Date

Cardholder Street Address       City       State       Zip

Phone number for verification of information if necessary:  (        )        -

S844488D163

PHX1014-0901-1611661126-01281-1281

# PHOENIX FINANCIAL
### S E R V I C E S

Physical Address: Phoenix Financial Services LLC
8902 Otis Ave, Ste 103A
Indianapolis, IN 46216-1077
Mon-Thu 9am-9pm EST; Fri 9am-5pm EST
855-342-6567
September 1, 2021

| ACCOUNT BALANCE NOTICE | |
|---|---|

| Account Summary | |
|---|---|
| Creditor: | Rainier Emergency Physicians  LLC |
| Balance Due: | $549.00 |

Dear ROBERT FELDER JR,

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Please remit the total balance(s) owed, or contact our office at the toll-free number below so that a member of our staff can assist you in making alternative arrangements. We are willing to work with you to bring this account to a close.

Toll-Free: 855-342-6567

Calls to or from this company may be monitored or recorded.

PLEASE SEND PAYMENTS AND CORRESPONDENCE TO:
PO Box 361450 Indianapolis IN 46236-1450

**PAY ONLINE!**
www.phoenixfinancialsvcs.com

VISA

**PAY WITH CREDIT CARD
OR BANK ACCOUNT!**

**PAY BY PHONE!**
(855) 342-6567

**PAY BY MAIL!**
Check or Money Order

YOUR RIGHTS AS A CONSUMER ARE PROTECTED BY FEDERAL AND STATE LAWS. PLEASE SEE THE REVERSE SIDE OF THIS LETTER FOR IMPORTANT INFORMATION REGARDING THOSE RIGHTS.

** PLEASE DETACH THE BELOW SECTION AND RETURN WITH YOUR PAYMENT. **

### RETURN MAIL ADDRESS ONLY

DEPT 123     1386525821093
PO BOX 4115
CONCORD CA  94524

ADDRESS SERVICE REQUESTED

ROBERT FELDER JR

| Creditor: | Rainier Emergency Physicians  LLC |
|---|---|
| Balance Due: | $549.00 |

Please reference this number on your check      550

PLEASE SEND PAYMENTS & CORRESPONDENCE TO:

PHOENIX FINANCIAL SERVICES LLC
PO BOX 361450
INDIANAPOLIS IN  46236-1450

Phoenix Financial Services LLC • 8902 Otis Ave, Ste 103A • Indianapolis, IN 46216-1077 • 855-342-6567

186513331281

PHX1014-0901-1611661120-01281-1281

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Our office hours are Mon-Thur 9am-9pm EST and Fri 9am-5pm EST.

| Account # | Original Account # | Original Creditor | Account Balance |
|---|---|---|---|
| 0550 | 7045 | Rainier Emergency Physicians  LLC | $549.00 |

### We Accept VISA, MasterCard, Discover and American Express

If you wish to make your payment via credit card, please complete the information below and return in the enclosed envelope.

Please indicate if: ☐ Debit Card  or  ☐ Credit Card

| Check One | | Account Number | | Payment Amount | Expiration Date |
|---|---|---|---|---|---|
| ☐ VISA | | | | $ | / |
| ☐ DISCOVER | | | | | |
| ☐ (MasterCard) | | Cardholder Name | Signature of Cardholder | | Date |
| ☐ (American Express) | | Cardholder Street Address | City | State | Zip |

Phone number for verification of information if necessary: _____ (        )           -

586513351281

# PHOENIX FINANCIAL
### S E R V I C E S

Physical Address:  Phoenix Financial Services LLC
8902 Otis Ave, Ste 103A ♦ Indianapolis, IN 46216-1077 ♦ 855-342-6567

## SECOND REQUEST

*Account Summary*

| | |
|---|---|
| Creditor: | Rainier Emergency Physicians  LLC |
| Balance Due: | $549.00 |

Save  $ 247.05

Dear Robert Felder Jr,                                              September 9, 2021

We have been contracted by Rainier Emergency Physicians  LLC to resolve the above-referenced debt. We have attempted to contact you, but the debt remains outstanding in our system.

We are willing to work with you to help resolve this debt.  We are authorized to accept a discounted payment of $ 301.95 to resolve this debt for less than the full balance owed.  Please contact one of our representatives to make arrangements for this discount.

Toll-Free: 855-342-6567
Calls to or from this company may be monitored or recorded.

PLEASE SEND PAYMENTS AND CORRESPONDENCE TO:  PO Box 361450 Indianapolis IN 46236-1450

THIS NOTICE IS FROM A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED TO COLLECT THE DEBT.

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| PAY ONLINE! | PAY WITH CREDIT CARD OR BANK ACCOUNT | PAY BY PHONE! | PAY BY MAIL! |
|---|---|---|---|
| www.phoenixfinancialsvcs.com | | (855) 342-6567 | Check or Money Order |
|  |  |  |  |

** PLEASE DETACH THE BELOW SECTION AND RETURN WITH YOUR PAYMENT. **

8610NPHXF01 1016_104792624

Return Mail Only:
ONPHXF01
PO Box 1280
Oaks PA  19456-1280
ADDRESS SERVICE REQUESTED

| | |
|---|---|
| Creditor: | Rainier Emergency Physicians  LLC |
| Balance Due: | $549.00 |

☐ I am enclosing $301.95 to take advantage of the discount offer.
Please reference this number on your check: ████0550

September 9, 2021

PLEASE SEND PAYMENTS & CORRESPONDENCE TO:

PHOENIX FINANCIAL SERVICES LLC
PO Box 361450
Indianapolis IN 46236-1450

Robert Felder Jr

Phoenix Financial Services LLC
8902 Otis Ave, Ste 103A ♦ Indianapolis, IN 46216-1077 ♦ 855-342-6567

8610NPHXF01 1016_104792624

We Accept VISA, MasterCard, AMEX and Discover
This communication is from a debt collector. This is an attempt to collect a debt
and any information obtained will be used for that purpose. Our office hours are Mon-Thur 9am-9pm EST and Fri 9am-5pm EST.

| ACCOUNT # | ORIGINAL ACCOUNT # | BALANCE | DATE |
|-----------|--------------------|---------|------|
| ██0550 | ██7045 | $549.00 | 03/10/21   .   .   . |

## We Accept VISA, MasterCard, AMEX and Discover

If you wish to make your payment via credit card, please complete the information below and return in the enclosed envelope.

Please indicate if: ☐ Debit Card  or  ☐ Credit Card

| CHECK ONE | Account Number | Payment Amount | Expiration Date |
|-----------|----------------|----------------|-----------------|
| ☐ VISA | | $ | / |
| ☐ MasterCard | Cardholder Name | Signature of Cardholder | Date |
| ☐ AMERICAN EXPRESS | | | |
| ☐ DISCOVER | Cardholder Street Address | City | State | Zip |
| | Phone number for verification of information if necessary: (        )          - | | |