UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT L. FELDER, JR.,

    Plaintiff,

v.                                CASE NO. 8:21-cv-02235-CEH-JSS

PHOENIX FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Robert L. Felder, Jr. ("Plaintiff"), by and through undersigned counsel, hereby files this *Notice of Pending Settlement* (the "Notice"). By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated: November 27, 2022                  Respectfully Submitted,

                                          **SHRADER, MENDEZ, & O'CONNELL**
                                          612 W. Bay Street
                                          Tampa, Florida 33606
                                          Phone: (813) 360-1529
                                          Fax:    (813) 336-0832

                                          /s/ Brian L. Shrader
                                          **BRIAN L. SHRADER, ESQ.**
                                          Florida Bar No. 57251
                                          e-mail: bshrader@shraderlawfirm.com
                                          **ALEJANDRO J. MENDEZ, ESQ.**
                                          Florida Bar No. 1025247
                                          e-mail: amendez@shraderlawfirm.com
                                          **KELLIE N. O'CONNELL, ESQ.**
                                          Florida Bar No. 1030942
                                          e-mail: koconnell@shraderlawfirm.com
                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2022, a copy of the foregoing was filed with the Clerk of the Court electronically using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

                                               /s/ Brian L. Shrader
                                               *Attorney*