# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ROBERT L. FELDER, JR.,

    Plaintiff,

v.                                         Case No: 8:21-cv-2235-CEH-TGW

PHOENIX FINANCIAL SERVICES,
LLC,

    Defendant.

_____/

## ORDER

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on December 6, 2022, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 29). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED**:

1.    This action is dismissed, with prejudice.

2.    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on February 10, 2023.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any